AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Rosa Maria ZUNIGA SAGRERO<br>YOB: 1996  CITIZENSHIP: USA<br><br>*Defendant(s)* | Case No. M-22- 0784     -M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 24, 2022 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 31 USC 5332 | did knowingly and intentionally possess $ 114,294 in currency with the intent to evade a currency reporting requirement and transport or transfer or attempt to transport or transfer such currency or monetary instruments from a place within the United States to a place outside of the United States |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

United States District Court
Southern District of Texas
FILED
APR 25  2022
Nathan Ochsner, Clerk

✓ Continued on the attached sheet.

Complaint authorized by AUSA Robert Guerra
Submitted by reliable electronic means, sworn to and attested telephonically per Fed.R.Cr.P.4.1, and probable cause found on:

Date: Apr. 25, 2022 @ 11:5 am

City and state: McAllen, Texas

/S/ Nathan Tong
*Complainant's signature*

Nathan Tong, H.S.I. Special Agent
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

Attachment "A"

1. On April 24, 2022, Rosa Maria ZUNIGA SAGRERO was encountered by US Customs and Border Protection Officers ("CBPOs") at the Hidalgo Port of Entry in Hidalgo, Texas, as the sole occupant of a taxi vehicle attempting to exit the United States to Mexico.

2. ZUNIGA SAGRERO was selected for additional inspection. ZUNIGA SAGRERO stated she was traveling to Reynosa, Mexico. Consistent with federal law, CBPOs asked ZUNIGA SAGRERO whether she had any firearms, ammunition, or currency in excess of $10,000.

3. During inspection, CBPOs discovered three bulk currency packages within the jacket and purse carried by ZUNIGA SAGRERO. ZUNIGA SAGRERO was physically holding the jacket at the time of encounter. The bulk currency inside the three packages was sealed in plastic bags and wrapped with black tape. In total $114,294 in U.S. currency was discovered in the three packages and the additional currency in ZUNIGA SAGRERO's purse.

4. CBPOs notified ZUNIGA SAGRERO of the need to declare U.S. currency over $10,000 and she denied needing to declare any U.S. currency. Additionally, ZUNIGA SAGRERO was holding the jacket that had the currency packages within the pockets, therefor I believe that she was aware of the currency and knowingly concealed it in violation of 31 U.S.C. 5332.