United States District Court
Southern District of Texas
FILED

MAY 17 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-22-809** |
| ROSA MARIA ZUNIGA-SAGRERO | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 24, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ROSA MARIA ZUNIGA-SAGRERO**

with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, knowingly concealed more than $10,000.00 in United States currency, specifically $114,294.00 in United States dollars, on her person, in any conveyance, article of luggage, merchandise, and other container, and transported and attempted to transport that currency from a place within the United States, that is, Hidalgo, Texas, to a place outside of the United States, that is, the United Mexican States.

In violation of Title 31, United States Code, Sections 5332(a) and 5332(b)(1) and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

As a result of the foregoing violations of Title 31, United States Code, Section 5316 and/or 5332, and pursuant to Title 31, United States Code, Sections 5317(c)(1) and/or 5332(b)(2), defendant,

## ROSA MARIA ZUNIGA-SAGRERO

shall forfeit to the United States all of his interest in all property involved in those offenses including but not limited to $114,294.00 in United States currency which he was about to transport from a place within the United States to a place outside the United States, specifically, to the United Mexican States.

A TRUE BILL

_____

FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY